**MEMO ENDORSED**

# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

July 14, 2021

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

        Re: *United States v Miguel Sanchez,* 20 Cr. 445 (KMK)

Your Honor:

        I represent Miguel Sanchez in the referenced case and am submitting this letter to request permission to file interim vouchers. There are several reasons for this request.

        First, this case involves voluminous discovery, including materials relating to the interception of electronic communications. Second, because I am a sole practitioner, it will be a hardship to delay submitting vouchers until the conclusion of this case, which is not yet scheduled for trial. Finally, I note that I have already represented Mr. Sanchez for approximately eleven months.

        For all these reasons, I ask the Court to grant me permission to file interim vouchers.

Respectfully submitted,

Granted.

So Ordered.

/s/
7/14/21

/s/
James E. Neuman